# In the United States Court of Federal Claims

No. 17-843 C

(Filed: February 9, 2021)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ACME WORLDWIDE ENTERPRISES, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant,

and

**INDUSTRIAL SMOKE & MIRRORS, INC.,**

Intervenor-Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On February 8, 2021, the parties filed a Joint Stipulation and Motion to Amend Schedule. *See* ECF No. 75. For good cause shown, the parties' motion is **GRANTED**. Accordingly, the schedule is amended as follows:

1. Fact discovery ends on **July 8, 2021**.
2. Affirmative expert reports are due on **November 5, 2021**.
3. Responsive expert reports are due on **January 11, 2022**.
4. Expert discovery ends on **March 29, 2022**.
5. Dispositive motions are due on or before **May 27, 2022**.

IT IS SO ORDERED.

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge